1  DAVID M. ROSENBERG-WOHL (Cal. Bar No. 132924)
2  HERSHENSON ROSENBERG-WOHL,
   A PROFESSIONAL CORPORATION
3  3080 Washington St.
   San Francisco, CA 94115
4  (415) 317-7756
5  david@hrw-law.com

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDAH ROSENWALD, ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> KIMBERLY-CLARK CORPORATION, <br><br> Defendant. | **Case No.: 3:26-cv-01086** <br><br> Related Case: 3:22-cv-04993 <br><br> Hon. Araceli Martínez-Olguín <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE TO OPPOSE DEFENDANT'S MOTION TO DISMISS SO THAT PLAINTIFF'S FORTHCOMING MOTION TO REMAND MAY BE HEARD FIRST AT THAT HEARING** |

## STIPULATION

WHEREAS, on 2/11/26, Defendant filed a Motion to Dismiss Plaintiff's Complaint (the "Motion");

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE TO OPPOSE DEFENDANT'S MOTION TO DISMISS SO THAT PLAINTIFF'S FORTHCOMING MOTION TO REMAND MAY BE HEARD FIRST AT THAT HEARING - 1

WHEREAS, pursuant to Civil Local Rule 7-3(a), Plaintiffs' opposition to the Motion is currently due on 2/24/26, and Defendant's reply in support of the Motion is currently due on 3/3/26;

WHEREAS, Plaintiffs intend to file a motion for remand on or before 3/6/26;

WHEREAS, the Court has encouraged the parties to stipulate so as to avoid unnecessary motion practice;

WHEREAS, the parties have met and conferred and agree that good cause exists to extend the deadlines for Plaintiffs to file an opposition to the Motion and for Defendant to file a reply in support thereof;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, subject to the approval of the Court, that:

1. Plaintiffs' deadline to file an opposition to Defendant's Motion to Dismiss shall be extended from 2/25/26 to 4/16/26, which date shall also be the date Defendant's opposition to Plaintiffs' Motion to Remand shall be due.

2. Defendant's deadline to file a reply in support of its Motion to Dismiss shall be extended from 3/4/26 to 5/7/26, which date shall also be the date Plaintiffs' reply in support of its Motion to Remand shall be due.

3. This stipulation will not alter the currently noticed hearing date of Defendant's Motion to Dismiss of 6/4/26.

4. At that hearing of 6/4/26, Plaintiffs' Motion to Remand shall be heard before Defendant's Motion To Dismiss, so that if Plaintiffs' Motion to Remand is granted, there would be no need for the Court to determine Defendant's Motion To Dismiss. If the Motion to

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE TO OPPOSE DEFENDANT'S MOTION TO DISMISS SO THAT PLAINTIFF'S FORTHCOMING MOTION TO REMAND MAY BE HEARD FIRST AT THAT HEARING - 2

Remand is denied, then the Court and parties will proceed to address the Motion to Dismiss at the same hearing.

5. This stipulation is made without prejudice to any party's rights, claims, or defenses in this action.

IT IS SO STIPULATED.

Dated: 2/23/26_____]

By: *David Rosenberg-Wohl*
David M. Rosenberg-Wohl
Attorney for Plaintiff

Dated: __2/23/26_____

By: _____/s_____
Timothy W. Loose
Attorney for Defendant

### [PROPOSED] ORDER

Pursuant to the foregoing stipulation, and for good cause shown, IT IS SO ORDERED that:

1. Plaintiff's deadline to file an opposition to Defendant's Motion to Dismiss is extended to 4/16/26, which date shall also be the date Defendant's opposition to Plaintiffs' Motion to Remand shall be due.

2. Defendant's deadline to file a reply in support of its Motion to Dismiss is extended to 5/7/26, which date shall also be the date Plaintiffs' reply in support of its Motion to Remand shall be due.

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE TO OPPOSE DEFENDANT'S MOTION TO DISMISS SO THAT PLAINTIFF'S FORTHCOMING MOTION TO REMAND MAY BE HEARD FIRST AT THAT HEARING - 3

3.  The hearing on the Motion to Dismiss remains set for 6/4/26, at which hearing, Plaintiffs' Motion to Remand shall be heard before Defendant's Motion To Dismiss, so that if Plaintiffs' Motion to Remand is granted, there would be no need for the Court to determine Defendant's Motion To Dismiss. If the Motion to Remand is denied, then the Court and parties will proceed to address the Motion to Dismiss at the same 6/4/26 hearing.

IT IS SO ORDERED.



IT IS SO ORDERED
Judge Araceli Martínez-Olguín
February 24, 2026

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE TO OPPOSE DEFENDANT'S MOTION TO DISMISS SO THAT PLAINTIFF'S FORTHCOMING MOTION TO REMAND MAY BE HEARD FIRST AT THAT HEARING - 4