United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUDAH ROSENWALD, et al.,

      Plaintiffs,

   v.

KIMBERLY-CLARK CORPORATION,

      Defendant.

Case No.26-cv-01086-AMO

**JUDGMENT**

On July 30, 2026, the Court granted Defendant Kimberly-Clark Corporation's motion to dismiss with prejudice.  Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendant and against Plaintiffs.  The Clerk of Court shall close the file in this matter.

    **IT IS SO ORDERED.**

Dated: June 30, 2026

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**